UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Nataliya Sidoli, <br><br> Plaintiff, <br><br> v. <br><br> YouTube, LLC and Google LLC, <br><br> Defendants. | Case No.: 25-cv-01586 (AS) (SN) |

**Amended**
PLAINTIFF'S OBJECTION TO TRANSFER HER COMPLAINT
TO ANOTHER STATE

Plaintiff respectfully submitting that she had made an error in the first sentence of the first Paragraph of her Objection in the dates of the Defendant's Google, LLC and YouTube, LLC («Defendant») documents. Both of the documents are from March 17th, 2025:

Plaintiff respectfully submitting the first sentence and the first paragraph of her submitted Objection as:

Plaintiff is respectfully submitting this Objection to the Defendants Google, LLC and YouTube, LLC («Defendant») letter from March 17th, 2025 to transfer her Complaint to another state.

Defendants haven't filed a motion to transfer the case, so plaintiff's objection is premature. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 18.

SO ORDERED.

*/s/ Arun Subramanian/*
Arun Subramanian, U.S.D.J.
Date: March 27, 2025

March 21st, 2025

Respectfully submitted by
Nataliya Sidoli
*Nataliya Sidoli*