While there are no grounds to reopen these proceedings, the motion to unseal this filing is GRANTED. If upon unsealing any person requests that the filing be sealed, the Court will consider the application at that juncture. Plaintiff is warned that further filings in this closed case could lead to a vexatious litigant or bar order. The Clerk of Court is respectfully directed to unseal Dkt. 59 and terminate the motion at ECF No. 61.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: December 2, 2025

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### Case No.: 25-cv-01586 (AS) (SN)
# MOTION TO UNSEAL COURT DOCUMENT (EFC-59)

The Honorable,

I am humbly asking to unseal submitted by me Court document — EFC(59) — my Second Motion to Reopen:

1.  I submitted Video Evidence and evidence that Defendant materially contributing to promote pornography, obscenity and nudity on YouTube and targeting this content to minors on Youtube (and with minors on Youtube);

2.  I submitted Video Evidence and evidence that I never promoted pornography and nudity on Youtube and I was unlawfully accused of by Defendant. All nude images submitted by me in Second Motion to Reopen are available to the public on Youtube (and targeted by Defendant to minors on YouTube). Defendant materially contributing to promote and encourage full body nudity on Youtube targeting this content with Defendant's algorithm to billions of people and to minors on YouTube;

3.  American public have the right to know and to see the factual evidence (submitted by me in Second Motion to reopen (EFC - 59) that under Youtube's Terms of Service Defendant promote and encourage pornography, obscenity and nudity on Youtube (with female genitals close ups, children nudity and children nude body parts) with the highest views on Youtube and the highest views on social media.

I believe that by sealing submitted by me Video Evidence this Court is knowingly hiding from the American public the evidence and egregious scope of Defendant's violations and crimes.

I am humbly asking to unseal submitted by me  Second Motion to Reopen — EFC(59).

November 24th 2025                    Respectfully submitted by Nataliya Sidoli